UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-62231-CIV-WILLIAMS

DWAYNE JORDAN,

    Petitioner,

vs.

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 22) ("Report") recommending that Jordan's Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. Petitioner filed timely objections to the Report. (DE 23). Upon an independent review of the Report, the objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 22) are **AFFIRMED AND ADOPTED**.
2. The Petition (DE 1) is **DENIED**.
3. All pending motions are **DENIED AS MOOT**.
4. No certificate of appealability shall issue.
5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 26th day of April, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

**cc:**

**Dwayne Jordan**
B14988
Martin Correctional Institution
Inmate Mail / Parcels
1150 SW Allapattah Road
Indiantown, FL 34956